IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANDARD PROCESS, INC.,

                Plaintiff,

v.                                          PERMANENT INJUNCTION

DANNY LEVY                             19-cv-709-jdp
and JOHN DOES 1-100,

                Defendants.

---

Plaintiff Standard Process Inc.'s motion for a permanent injunction, Dkt. 28, is granted. Defendant Danny Levy has defaulted in this action, his liability on Standard Process's trademark infringement and tortious interference claims under federal and Wisconsin law has been established, and Standard Process has met the requirements for a permanent injunction. Levy and his agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them, who have notice of this injunction (the Enjoined Parties), are enjoined as follows:

(1) The Enjoined Parties are prohibited from distributing, circulating, selling, offering to sell, advertising, promoting, or displaying, on the Internet or otherwise, any Standard Process products or products bearing the trademarks STANDARD PROCESS® (U.S. Trademark Registration No. 2,329,616); SP® (U.S. Trademark Registration Nos. 2,469,448; 2,888,707; and 3,618,534); SP STANDARD PROCESS® (U.S. Trademark Registration No. 3,726,215); CATALYN® (U.S. Trademark Registration No. 1,476,530); ZYPAN® (U.S. Trademark Registration No. 1,982,691); LIGAPLEX® (U.S. Trademark Registration No. 1,984,258); CATAPLEX® (U.S. Trademark Registration No. 1,984,251); CONGAPLEX® (U.S. Trademark Registration No.

1,995,346); MULTIZYME® (U.S. Trademark Registration No. 2,548,738); ALLERPLEX® (U.S. Trademark Registration No. 2,321,705); GASTREX® (U.S. Trademark Registration No. 2,332,945); SP CLEANSE® (U.S. Trademark Registration No. 2,622,227); and SP GREEN FOOD® (U.S. Trademark Registration No. 3,665,686) (collectively, "Standard Process Trademarks").

(2) The Enjoined Parties must take all actions needed to remove Standard Process products and products bearing the Standard Process Trademarks from any website owned by, operated by, or associated with the Enjoined Parties. These actions include but are not limited to removing all Standard Process products and products bearing the Standard Process Trademarks from any marketplace storefronts, including but not limited to storefronts on Amazon, eBay, or Walmart.com, operated by, or associated with the Enjoined Parties, including but not limited to the Amazon storefront currently called "NGTrade" with Amazon Merchant ID A3O04X90AHQK3N.

ORDER

IT IS ORDERED that: Plaintiff Standard Process, Inc.'s motion for a permanent injunction is GRANTED.

Entered September 28, 2020.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge