IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANDARD PROCESS, INC.,

    Plaintiff,

v.

    Case No. 19-cv-709-jdp

DANNY LEVY,
and JOHN DOES 1-100,

    Defendants.

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Standard Process, Inc. against defendant Danny Levy enjoining defendant and his agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them, who have notice of the injunction (the Enjoined Parties), as follows:

(1) The Enjoined Parties are prohibited from distributing, circulating, selling, offering to sell, advertising, promoting, or displaying, on the Internet or otherwise, any Standard Process products or products bearing the trademarks STANDARD PROCESS® (U.S. Trademark Registration No. 2,329,616); SP® (U.S. Trademark Registration Nos. 2,469,448; 2,888,707; and 3,618,534); SP STANDARD PROCESS® (U.S. Trademark Registration No. 3,726,215); CATALYN® (U.S. Trademark Registration No. 1,476,530); ZYPAN® (U.S. Trademark Registration No. 1,982,691); LIGAPLEX® (U.S. Trademark Registration No. 1,984,258); CATAPLEX® (U.S. Trademark Registration No. 1,984,251); CONGAPLEX® (U.S. Trademark Registration No. 1,995,346); MULTIZYME® (U.S. Trademark

Registration No. 2,548,738); ALLERPLEX® (U.S. Trademark Registration No. 2,321,705); GASTREX® (U.S. Trademark Registration No. 2,332,945); SP CLEANSE® (U.S. Trademark Registration No. 2,622,227); and SP GREEN FOOD® (U.S. Trademark Registration No. 3,665,686) (collectively, "Standard Process Trademarks").

(2) The Enjoined Parties must take all actions needed to remove Standard Process products and products bearing the Standard Process Trademarks from any website owned by, operated by, or associated with the Enjoined Parties. These actions include but are not limited to removing all Standard Process products and products bearing the Standard Process Trademarks from any marketplace storefronts, including but not limited to storefronts on Amazon, eBay, or Walmart.com, operated by, or associated with the Enjoined Parties, including but not limited to the Amazon storefront currently called "NGTrade" with Amazon Merchant ID A3O04X90AHQK3N.

Approved as to form this __2ND__ day of __OCTOBER__, 20__20__

_____
James D. Peterson
District Judge

_____        10/2/20
Peter Oppeneer                                        Date
Clerk of Court